UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS ANA TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-07506-SK<br><br>JUDGMENT |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: March 4, 2025

HON. STEVE KIM
United States Magistrate Judge

-1-